1054

[No. 7719-8-I.  Division One.  December 17, 1980.]

KING COUNTY, *Respondent,* v. EASTLAKE CONSTRUCTION COMPANY, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85821, Peter K. Steere, J., entered May 18, 1979. *Affirmed* by unpublished opinion per Dore, J., concurred in by Swanson and Williams, JJ.

[No. 4102-II.  Division Two.  December 17, 1980.]

WASHINGTON STATE NURSES ASSOCIATION, *Appellant,* v. OLYMPIC MEMORIAL HOSPITAL, *Respondent.*

Appeal from a judgment of the Superior Court for Clallam County, No. 26207, Gerald B. Chamberlin, J., entered May 24, 1979. *Reversed* and *remanded* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Petrich, J.